UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NANCY E. CALLAHAN,

          *Plaintiff,*

      v.                     Civil Action No. 6:25-cv-01130-ECC-DJS

COMMISSIONER OF SOCIAL SECURITY,
          *Defendant*.
-----------------------------------------------------------X

## PARTIES' STIPULATION FOR REMAND

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney
Northern District of New York
*Attorneys for Defendant*

By: */s/ Candace Brown Casey*
Candace Brown Casey
Special Assistant United States Attorney
Program Litigation 2
Social Security Administration
Law & Policy
Attn: Program Litigation 2
6401 Security Boulevard
Baltimore, MD 21235-6401
(212) 264-2438
candace.m.brown.casey@ssa.gov

HOWARD D. OLINSKY, ESQ.
*Attorney for Plaintiff*

*/s/ Howard D. Olinsky*
Howard D. Olinsky
Olinsky Law Group
250 South Clinton Street, Suite 210
Syracuse, NY 13202
(315) 701-5780
holinsky@windisability.com

**IT IS SO ORDERED:**

Elizabeth C. Coombe
U.S. District Judge

Dated: _June 8, 2026_
        Syracuse, NY